THE STATE EX REL. PARRETT, APPELLANT AND CROSS-APPELLEE,
*v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE; ROBBINS
& MYERS, INC., CROSS-APPELLANT AND APPELLEE.

[Cite as *State ex rel. Parrett v. Indus. Comm.* (1996), 76 Ohio St.3d 50.]

(No. 94–1181—Submitted June 5, 1996—Decided July 3, 1996.)

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy,* for appellant and cross-appellee.

*Betty D. Montgomery,* Attorney General, and *Gerald H. Waterman,* Assistant Attorney General, for appellee.

*Thompson, Hine & Flory, Janice Rosenthal* and *Timothy E. Cowans,* for cross-appellant and appellee.

*Per Curiam.* On authority of *State ex rel. Holman v. Longfellow Restaurant* (1996), 76 Ohio St.3d 44, 665 N.E.2d 1123, the judgment of the court of appeals is reversed.

*Judgment reversed.*

MOYER, C.J., PFEIFER, COOK and STRATTON, JJ., concur.

DOUGLAS, J., concurs in judgment only.

RESNICK and F.E. SWEENEY, JJ., dissent and would affirm the judgment of the court of appeals.